# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Rosie Jalove

                      Plaintiff,

v.                                       Case No.: 1:16−cv−08217
                                                        Honorable Andrea R. Wood

HPC Acquisitions, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 13, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: The Parties' Joint Motion to extend time to reinstate [21] is granted. The parties deadline to reinstate is extended to 3/25/2017. If no motion to reinstate is filed by 3/25/2017, the case shall be dismissed with prejudice without further order of the Court. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.